UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br>　　　　　　　　　Plaintiffs, <br>　　v. <br>AEI WILLIAMS GROUP, CO., <br><br>　　　　　　　　　Defendant, <br>　　v. <br>WELLS FARGO BANK, N.A., <br><br>　　　　　　　　　Garnishee. | Case No. MC19-0124RSL <br><br> ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" (Dkt. # 1) and "Amended Application for a Writ of Garnishment" (Dkt. # 2) for property in which the defendant/judgment debtor, AEI Williams Group, Co., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank, N.A. The proposed writ remains directed at the wrong entity, despite a request from the Court for corrected documents. The Court declines to enter the writ, and the Clerk of Court is directed to terminate this matter.

Dated this 3rd day of October, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT